COMMONWEALTH *vs.* WASHINGTON GRAVES.

A prisoner cannot appeal from an order of court that he be discharged and go without day.

COMPLAINT to a trial justice, charging the defendant with larceny.

At the close of the examination before the trial justice the defendant was ordered to recognize with sufficient sureties for his appearance before the Superior Court at its next term.   Failing to comply with this order, he was committed to jail.   At the next term of the Superior Court, and while the complaint was pending before the grand jury, on motion of the district attorney, it was ordered by the court that the defendant be discharged and go without day.   From this order the defendant appealed.

*D. W. Bond*, (*H. H. Bond* with him,) for the defendant.

*C. R. Train*, Attorney General, for the Commonwealth.

BY THE COURT. The defendant is not legally aggrieved by his discharge from custody, and therefore cannot appeal from the order of discharge. *Appeal dismissed.*